IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| **Jamyce Vinson,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   Civil Action No:  3:22-cv-968 |
| | ) |
| **CITY OF RICHMOND,** | ) |
| | ) |
| **Defendant.** | ) |

### CITY OF RICHMOND'S PARTIAL MOTION TO DISMISS
### <u>PURSUANT TO RULE 12(b)(6)</u>

For the reasons stated in the accompanying Memorandum of Law, Defendant, the City of Richmond ("City"), by counsel, asks the court to dismiss Counts One and Two with prejudice under Federal Rule of Civil Procedure 12(b)(6), on the basis that the Plaintiff has failed to state a claim for relief.

Date: November 22, 2022

                                            Respectfully Submitted,

                                         _____/s/_____
                                         Wirt P. Marks, VSB #36770
                                         Senior Assistant City Attorney
                                         Zachary P. Grubaugh, VSB #83944
                                         Assistant City Attorney
                                         Office of the City Attorney
                                         City of Richmond
                                         City Hall, Room 400
                                         900 East Broad Street
                                         Richmond, Virginia 23219
                                         Telephone: (804) 646-3019
                                         Facsimile:  (804) 646-7939
                                         Email:  wirt.marks@richmondgov.com
                                         *Counsel for the Defendant City of Richmond*

## CERTIFICATE OF SERVICE

I, Wirt P. Marks, hereby certify that on the 22nd day of November, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of said filing to all counsel of record.

Tim Schulte (VSB #41881)
Blackwell N. Shelley, Jr. (VSB #28142)
Shelley Cup Schulte, P.C.
3 W Cary Street
Richmond, Va 23220
(804) 644-9700
(804) 278-9634
Shelley@scs-work.com
Schulte@scs-work.com

_____/s/ _____
Wirt P. Marks, Esquire (VSB #36770)
Senior Assistant City Attorney
Zachary P. Grubaugh, Esquire (VSB #83944)
Assistant City Attorney
City Hall, Room 400
900 East Broad Street
 Richmond, Virginia 23219
Telephone: (804) 646-3019
Facsimile: (804) 646-7939
Email: Wirt.Marks@rva.gov
Email: zachary.grubaugh@rva.gov
*Counsel for City of Richmond*