IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JAMYCE VINSON,
    Plaintiff,

v.                                              Civil Action No. 3:22-cv-00698 (MHL)

CITY OF RICHMOND, VIRGINIA,
    Defendant.

**ORDER RESCHEDULING SETTLEMENT CONFERENCE**

The Court has **RESCHEDULED** the settlement conference in this case for **March 25, 2024** at **9:30 a.m.** At that time, the parties shall report to the chambers of Magistrate Judge Mark R. Colombell. The requirements set forth in the Court's previous Order Regarding Procedures for Settlement Conference (ECF No. 32) shall remain in effect, with the deadline for *ex parte* submissions adjusted to March 15, 2024.

The Clerk is directed to send a copy of this Order to all counsel of record and to any party not represented by counsel.

It is so ORDERED.

                                                  /s/ MRC
                                           Mark R. Colombell
                                           United States Magistrate Judge

Richmond, Virginia
Date: March 6, 2024