# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| **JAMYCE VINSON,** | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No.: 3:22-cv-698-MHL |
| **CITY OF RICHMOND, VIRGINIA,** | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff, Jamyce Vinson and Defendant, City of Richmond, Virginia, through their respective counsel, hereby stipulate that this action and all claims asserted herein are dismissed with prejudice, with the consent of all parties and with each party to bear its own costs and attorney's fees. This Court shall retain jurisdiction to enforce the terms of settlement if any dispute should arise.

This 8th day of May, 2024.

**WE ASK FOR THIS:**

PLAINTIFF:

/s/ Tim Schulte
Tim Schulte (VSB No.: 41881)
Shelley Cupp Schulte, P.C.
3 W. Cary Street
Richmond, Virginia 23220
Tel: (804) 644-9700
Fax: (804) 278-9634
Schulte@scs-work.com
*Attorneys for Plaintiff*

DEFENDANT:

/s/ Wirt P. Marks
Wirt P. Marks (VSB No.: 36770)
Deputy City Attorney
900 East Broad Street
Richmond, VA 23219
Tel.: (804) 646-3019
Fax: (804) 646-7939
Wirt.marks@rva.gov

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

      I hereby certify that on May 8, 2024, I will electronically file the foregoing document with the Clerk of the Court using the CM/ECF System, which will then send a notification of such filing (NEF) to the following:

Wirt P. Marks (VSB No.: 36770)
Deputy City Attorney
900 East Broad Street
Richmond, VA  23219
Wirt.marks@rva.gov

        /s/ Tim Schulte
Tim Schulte (VSB# 41881)
Shelley Cupp Schulte, P.C.
3 W. Cary Street
Richmond VA 23220
(804) 644-9700
schulte@scs-work.com