## UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| JAMYCE VINSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.                                              ) | Civil Action No.: 3:22-cv-698-MHL |
| ) | |
| CITY OF RICHMOND, VIRGINIA, ) | |
| ) | |
| Defendant.                    ) | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff, Jamyce Vinson and Defendant, City of Richmond, Virginia, through their respective counsel, hereby stipulate that this action and all claims asserted herein are dismissed with prejudice, with the consent of all parties and with each party to bear its own costs and attorney's fees. This Court shall retain jurisdiction to enforce the terms of settlement if any dispute should arise. **SO ORDERED**

This 8th day of May, 2024.

**WE ASK FOR THIS:**

/s/
M. Hannah Lauck
United States District Judge

5/14/24

PLAINTIFF:

DEFENDANT:

/s/ Tim Schulte
Tim Schulte (VSB No.: 41881)
Shelley Cupp Schulte, P.C.
3 W. Cary Street
Richmond, Virginia 23220
Tel: (804) 644-9700
Fax: (804) 278-9634
Schulte@scs-work.com
*Attorneys for Plaintiff*

/s/ Wirt P. Marks
Wirt P. Marks (VSB No.: 36770)
Deputy City Attorney
900 East Broad Street
Richmond, VA 23219
Tel.: (804) 646-3019
Fax: (804) 646-7939
Wirt.marks@rva.gov

*Attorneys for Defendant*